LOUIS FELDESMAN, Respondent, v. CHASE HARRIS FORBES CORPORATION et al., Defendants, and AMEREX HOLDING CORPORATION et al., Appellants.—

No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.